DOWNEY BRAND LLP
JASON E. RIOS (Bar No. 190086)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
jrios@downeybrand.com

Attorneys for Defendant
SMART MODULAR TECHNOLOGIES, INC.,
a California corporation,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLECTRON TECHNOLOGY SINGAPORE PTE. LTD., a Singapore corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SMART MODULAR TECHNOLOGIES, INC., a California corporation,<br><br>    Defendant. | Case No.  C06-02575 CRB<br><br>**INITIAL STIPULATION EXTENDING TIME FOR DEFENDANT SMART MODULAR TECHNOLOGIES, INC. TO RESPOND TO COMPLAINT FOR BREACH OF CONTRACT, PROMISSORY FRAUD AND COMMON COUNTS** |

    Pursuant to Northern District Local Rule 6-1, Plaintiff Solectron Technology Singapore PTE. Ltd. ("Solectron") and Defendant Smart Modular Technologies, Inc. ("Smart"), by and through their respective counsel, hereby stipulate to extend the time for filing a response to the Complaint for Breach of Contract, Promissory Fraud and Common Counts ("Complaint") by ten (10) court days.

    Therefore, it is agreed that Defendant Smart shall have up to and including May 22, 2006 to answer or otherwise respond to Plaintiff Solectron's Complaint.

776207.2

1

**INITIAL STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

1  IT IS SO STIPULATED:

2  DATED: May _5_, 2006              BIALSON, BERGEN & SCHWAB

4                                    By: /s/ David L. Cooper
5                                    DAVID L. COOPER
                                     Attorneys for Plaintiff
6                                    SOLECTRON TECHNOLOGY SINGAPORE PTE. LTD.

8  DATED: May _5_, 2006              DOWNEY BRAND LLP

10                                   By: /s/ Jason E. Rios
11                                   JASON E. RIOS
                                     Attorneys for Defendant
12                                   SMART MODULAR TECHNOLOGIES, INC.

**IT IS SO ORDERED**

Judge Charles R. Breyer

May 08, 2006

776207.2

2

**INITIAL STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**