United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLECTRON TECHNOLOGY SINGAPORE PTE. LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>SMART MODULAR TECHNOLOGIES, INC.,<br><br>  Defendant. | No. C 06-02575 CRB<br><br>**ORDER** |

Now pending before the Court is defendant's motion to dismiss the first and second claims for relief. After carefully considering the papers filed by the parties, and having reviewed the complaint, the Court concludes that oral argument is unnecessary and GRANTS in part and DENIES in part defendant's motion.

Defendant's motion to dismiss the breach of contract claim is DENIED. Plaintiff's allegations are clear; defendant disputes whether it entered into an agreement, but it is on sufficient notice as to what agreement plaintiff alleges it breached.

Defendant's motion to dismiss the fraud claim is GRANTED with leave to amend. Plaintiff has not alleged with sufficient particularity facts that show that defendant never intended to perform its promise; instead, defendant has alleged a breach of contract claim and called it promissory fraud. Any amendment shall be filed within 14 days of the date of this

Order.

**IT IS SO ORDERED.**

Dated: June 16, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE