DOWNEY BRAND LLP
TRACY K. HUNCKLER (Bar No. 178120)
JASON E. RIOS (Bar No. 190086)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
thunckler@downeybrand.com

Attorneys for Defendant
SMART MODULAR TECHNOLOGIES, INC.,
a California corporation,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLECTRON TECHNOLOGY SINGAPORE PTE. LTD., a Singapore corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMART MODULAR TECHNOLOGIES, INC., a California corporation,<br><br>Defendant. | Case No.  C06-02575 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff and Defendant, acting through their respective counsel, stipulate as follows:

1. This matter is presently scheduled for a Case Management Conference on July 14, 2006, at 8:30 a.m.

2. On May 22, 2006, Defendant filed a Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement which is presently scheduled to be heard on June 30, 2006. As a result, it is unlikely that an answer will be filed prior to the current July 7, 2004 deadline for initial disclosures and filing a Joint Case Management Statement.

3. Accordingly, the parties stipulate, and hereby request that the Court order, that the Case Management Conference be continued from July 14, 2006 to August 4, 2006 at 8:30 a.m. The parties' initial disclosures, Joint Case Management Statement, and Rule 26(f) Report will be due on July 28, 2006.

784463.1

1

**INITIAL STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS SO STIPULATED:

DATED: June 14, 2006               BIALSON, BERGEN & SCHWAB

By: /s/ David L. Cooper
DAVID L. COOPER
Attorneys for Plaintiff
SOLECTRON TECHNOLOGY SINGAPORE PTE. LTD.

DATED: June 14, 2006               DOWNEY BRAND LLP

By: /s/ Tracy K. Hunckler
TRACY K. HUNCKLER
Attorneys for Defendant
SMART MODULAR TECHNOLOGIES, INC.

## ORDER

Pursuant to stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Case Management Conference in this matter is continued from July 14, 2006 to August 4, 2006 at 8:30 a.m., and that the parties' initial disclosures, Joint Case Management Statement, and Rule 26(f) Report are due on July 28, 2006.

DATED: June 16, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

784463.1                              2

**INITIAL STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**