United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOLECTRON TECHNOLOGY
SINGAPORE PTE. LTD.,

          Plaintiff,

    v.

SMART MODULAR TECHNOLOGIES,
INC.,

          Defendant.

_____/

No. C 06-02575 CRB

**ORDER**

     The Court previously granted defendant's motion to dismiss plaintiff's promissory fraud claim with 14 days leave to amend.  Plaintiff has advised the Court that it does not intend to amend.  The parties dispute whether plaintiff's failure to amend precludes it from later moving to amend to reinstate a claim for promissory fraud.

     It is premature for the Court to decide the issue at this time.  When and if plaintiff files a motion to amend to add a claim for promissory estoppel the Court can decide if leave should be granted.

     **IT IS SO ORDERED.**

Dated: July 5, 2006

                         CHARLES  R. BREYER
                         UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28