DOWNEY BRAND LLP
TRACY K. HUNCKLER (Bar No. 178120)
JASON E. RIOS (Bar No. 190086)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
thunckler@downeybrand.com

Attorneys for Defendant
SMART MODULAR TECHNOLOGIES, INC.,
a California corporation,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLECTRON TECHNOLOGY SINGAPORE PTE. LTD., a Singapore corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMART MODULAR TECHNOLOGIES, INC., a California corporation,<br><br>Defendant. | Case No. C06-02575 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRIVATE ADR** |

Plaintiff and Defendant, acting through their respective counsel, stipulate as follows:

1. This matter is presently scheduled for Private ADR Mediation with JAMS (San Francisco Office) to be held no later than October 31, 2006.

2. Because Defendant SMART Modular Technologies, Inc. ("SMART") is unavailable from October 15, 2006 through October 31, 2006, SMART proposed scheduling the Private ADR Mediation for early October 2006. Unfortunately, counsel for Plaintiff Solectron Technology Singapore Pte. Ltd. is unavailable in early October.

3. Because the parties intend to conduct some preliminary discovery prior to the commencement of the mediation, the parties are unable to conduct the mediation prior to October 2006.

4. Accordingly, the parties stipulate, and hereby request that the Court order, that the

787965.1

1

October 31, 2006 deadline to commence Private ADR Mediation with JAMS be continued to November 16, 2006.

IT IS SO STIPULATED.

DATED: July 6, 2006                BIALSON, BERGEN & SCHWAB


By: /s/ David L. Cooper
DAVID L. COOPER
Attorneys for Plaintiff
SOLECTRON TECHNOLOGY SINGAPORE PTE. LTD.


DATED: July 6, 2006                DOWNEY BRAND LLP


By: /s/ Tracy K. Hunckler
TRACY K. HUNCKLER
Attorneys for Defendant
SMART MODULAR TECHNOLOGIES, INC.


## ORDER

Pursuant to stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the date to commence Private ADR Mediation with JAMS in this matter is continued to November 16, 2006.

DATED: July 07, 2006

_____
CHARLES R. BREYER
UNITED STATES

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Charles R. Breyer]

787965.1

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRIVATE ADR