Lawrence M. Schwab, Esq. - Bar No. 085600
David L. Cooper, Esq. - Bar No. 088127
Kenneth T. Law, Esq. - Bar No. 111779
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California  94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Attorneys for Plaintiff
SOLECTRON TECHNOLOGY SINGAPORE PTE. LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

| | |
|---|---|
| SOLECTRON TECHNOLOGY SINGAPORE PTE. LTD., a Singapore corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SMART MODULAR TECHNOLOGIES, INC., a California corporation;<br><br>Defendant. | CASE NO.  C06 02575 CRB ARB<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each side to bear its own costs and attorney's fees.

Dated: August 28, 2006

BIALSON, BERGEN & SCHWAB

By: _____
David L. Cooper, Esq.
Attorneys for Plaintiff
SOLECTRON TECHNOLOGY SINGAPORE PTE. LTD.

DOWNEY BRAND LLP

By: _____
Tracy Hunckler, Esq.
Attorneys for Defendant
SMART MODULAR TECHNOLOGIES, INC.

IT IS SO ORDERED
Date: September 6, 2006
Judge Charles R. Breyer

STIPULATION OF DISMISSAL              1              W:\S0383\070\pld\stipdismiss.wpd